# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**ANGELA RICHARDSON**
**ADC #712575**                                                                                    **PLAINTIFF**

v.                              No. 3:22-cv-82-DPM-JTR

**DENNIS MCGINNIS, Sgt.,**
**McPherson Unit, ADC**                                                                **DEFENDANT**

## ORDER

The Court adopts Magistrate Judge Ray's unopposed partial recommendation, *Doc. 7*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Richardson's retaliation claim against McGinnis will be dismissed without prejudice for failure to state a claim upon which relief may be granted. Her discrimination claim against McGinnis remains.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 June 2022