IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANGELA RICHARDSON**
**ADC #712575** **PLAINTIFF**

v. No. 3:22-cv-82-DPM-JTR

**DENNIS MCGINNIS, Sgt.,**
**McPherson Unit, ADC** **DEFENDANT**

ORDER

Motion, *Doc. 25*, is granted. Brittany Edwards and Zaisha Heardmon are relieved as counsel for McGinnis. Richardson's motion for extension, *Doc. 26*, is also granted. Objections due by 7 April 2023.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 March 2023