# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ANGELA RICHARDSON
ADC #712575                                                                    PLAINTIFF

v.                          No. 3:22-cv-82-DPM

DENNIS MCGINNIS, Sgt.,
McPherson Unit, ADC                                                            DEFENDANT

## ORDER

On *de novo* review, the Court adopts as modified the recommendation, *Doc 24*, and overrules Richardson's objections, *Doc. 28*. Fed. R. Civ. P. 72(b)(3). The Court declines to adopt the first full paragraph on page eight and the first sentence of the first full paragraph on page nine of the recommendation. Richardson pleaded enough facts to allow the inference that McGinnis treated her differently because of her race. *Compare Powells v. Minnehaha County Sheriff Department*, 198 F.3d 711, 712 (8th Cir. 1999) (*per curiam*). The alleged unequal treatment, however, was not severe or pervasive enough to constitute unconstitutional race discrimination. *Lewis v. Jacks*, 486 F.3d 1025, 1028 (8th Cir. 2007). Richardson therefore fails to state a claim.

McGinnis's motion for judgment on the pleadings, *Doc. 15*, is granted. Richardson's complaint will be dismissed without prejudice

for failure to state a claim upon which relief may be granted. The Court recommends that the dismissal count as a strike for the purposes of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 April 2023