IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELA RICHARDSON
ADC #712575                                                                     PLAINTIFF

v.                              No. 3:22-cv-82-DPM

DENNIS MCGINNIS, Sgt.,
McPherson Unit, ADC                                                         DEFENDANT

## JUDGMENT

Richardson's complaint is dismissed without prejudice.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 April 2023