IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELA RICHARDSON
ADC #712575                                                                       PLAINTIFF

v.                                     No. 3:22-cv-82-DPM

DENNIS MCGINNIS,
Sgt., McPherson Unit, ADC                                                         DEFENDANT

## ORDER

Considering all the circumstances, the Court respectfully suggests the parties consider a prompt settlement conference. Magistrate Judge Deere or Magistrate Judge Ray would probably be able to handle that. In addition, and in any event, the Court respectfully suggests a jury trial before Magistrate Judge Moore if a trial is needed. She can hold the trial sooner than I can. Consents are included with a copy of this Order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 March 2025