**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

ANGELA RICHARDSON, ADC #712575                                   PLAINTIFF

v.                                NO.    3:22-cv-00082-DPM

DENNIS MCGINNIS                                                  DEFENDANT

**<u>ORDER</u>**

The Defendant's Motion for Technology Order is granted.    Document No. 102.
TAYLOR REAVIS is hereby authorized to bring a cell phone, laptop computer, or personal digital
assistant into the courthouse in Little Rock, Arkansas, for the settlement conference scheduled for
Thursday, December 18, 2025, subject to the following rules:

(a)    The devices mentioned above may not be used to record, photograph, or film
      anyone or anything inside the courthouse.

(b)    Cell phones must be turned off and put away when in the courtroom.

(c)    Wireless internet components of electronic devices must be deactivated when in
      district courtrooms.

(d)    Before persons with electronic devices are granted entry into the courthouse, all
      devices must be examined by the United States Marshals Service or Court Security
      Personnel.    This examination includes, but is not limited to placing the device
      through electronic screening machines and requiring the person possessing the
      device to turn the power to the device off and on.

(e)    The United States Marshals Service may further restrict electronic devices from
      entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

IT IS SO ORDREED this 17th day of December 2025.


J. THOMAS RAY
UNITED STATES MAGISTRATE JUDGE