IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELA RICHARDSON
ADC #712575                                                                    PLAINTIFF

v.                                    No. 3:22-cv-82-DPM

DENNIS MCGINNIS, Sgt., McPherson
Unit, ADC                                                                      DEFENDANT

## JUDGMENT

Richardson's complaint is dismissed with prejudice. The Court retains jurisdiction until 22 February 2026 to enforce the parties' settlement.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 December 2025